# Third District Court of Appeal
## State of Florida

Opinion filed May 12, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1163
Lower Tribunal No. 20-7221

————————

## Joseph Baumel, et al.,
Appellants,

vs.

## David A. Wood, et al.,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Zarco Einhorn Salkowski & Brito, P.A., Robert M. Einhorn and Michael D. Braunstein, for appellants.

Shankman Leone, P.A. and Dennis D. Leone (Tampa); The Concept Law Group, P.A. and Alexander D. Brown (Ft. Lauderdale), for appellees.

Before FERNANDEZ, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.